UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CXE 17-018581
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Alex - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Rebecca Cirrinicione 031212012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR WELLS FARGO BANK,
NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
HOLDERS OF THE BANC OF AMERICA MORTGAGE
SECURITIES, INC. MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-B

IN RE:

CARLOS J ASSUNCAO AND CLARA C ASSUNCAO,
DEBTORS

Order Filed on January 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 17-26813-RG

HEARING DATE: DECEMBER 6, 2017

JUDGE: HONORABLE ROSEMARY GAMBARDELLA

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: January 8, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

      This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Wells Fargo Bank, National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make payments on his mortgage and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtors and the attorney for the Debtors, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1.     Debtors are currently delinquent in post-petition payments for the months of December 1, 2017 through December 1, 2017 in the amount of $3,310.41, less a suspense balance of $102.13, for a total delinquency of $3,208.28

2.     To cure the delinquency outlined in paragraph 1, Debtor agrees to remit monthly cure payment in the amount of $537.71 for the months of January 1, 2018 through May 1, 2018, and a final cure payment of $534.73 for the month of June 1, 2018.

3.     Starting January 1, 2018, Debtor also agrees to maintain all contractually due payments, which currently amount to $3,310.41.

4.     Debtors shall reimburse Secured Creditor $350.00 in attorney fees and $181.00 in court costs through his/her Chapter 13 Plan of Reorganization. The Trustee shall amend his/her records to reflect same.

5.     If the Debtor(s) fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____
CHARLES G. WOHLRAB, ESQUIRE
Attorney for the Secured Creditor

_____
RUSELL L. LOW, ESQUIRE
Attorney for the Debtors