|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>VW Credit Leasing, Ltd | Order Filed on January 8, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:   17-26813 RG<br><br>Chapter: 13 |
| In Re:<br>    Assuncao, Clara C.<br>    Assuncao, Carlos J. | Hearing Date: January 3, 2018<br>Judge:  Rosemary Gambardella |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 8, 2018**

*Rosemary Gambardella* (signature)
Honorable Rosemary Gambardella
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>VW Credit Leasing, Ltd</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as:

**2014 Audi A73.0TPRM-PA,VIN: WAUWGAFC3EN131394**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:
Carlos J. Assuncao
Clara C Assuncao
    Debtors

Case No. 17-26813-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 08, 2018
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.
db/jdb       +Carlos J. Assuncao,    Clara C Assuncao,    1850 Portsmouth Way,    Union, NJ 07083-3704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2018 at the address(es) listed below:

         Chandra Marie Arkema    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B Bankruptcy_Notifications@logs.com
         Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B cwohlrab@logs.com, njbankruptcynotifications@logs.com
         Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Jenelle C Arnold    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkecfinbox@aldridgepite.com, jarnold@ecf.inforuptcy.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
         Russell L. Low    on behalf of Joint Debtor Clara C Assuncao rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
         Russell L. Low    on behalf of Debtor Carlos J. Assuncao rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                TOTAL: 9