

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | **Order Filed on August 6, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN RE:<br><br>    CARLOS J. ASSUNCAO<br>    CLARA C ASSUNCAO | **Case No.:  17-26813**<br><br>**Hearing Date:  08/01/2018**<br><br>**Judge:  ROSEMARY GAMBARDELLA** |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: August 6, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s):  CARLOS J. ASSUNCAO
            CLARA C ASSUNCAO

Case No.:  17-26813RG

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 08/01/2018 for a Hearing on Confirmation, and

good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 8/1/2018 of the plan filed on 08/18/2017, is

denied; and it is further

ORDERED, that the Debtor must file a modified plan by 08/08/2018 or the case will be dismissed; and it is

further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order

Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on
Confirmation shall be adjourned to 9/5/2018 at  9:00:00AM.