Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                  Case No.: 17−26813−RG
                  Chapter: 13
                  Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Carlos J. Assuncao                               Clara C Assuncao
   1850 Portsmouth Way                     1850 Portsmouth Way
   Union, NJ 07083                                   Union, NJ 07083

Social Security No.:
   xxx−xx−5747                                       xxx−xx−3262

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           10/17/18
Time:          09:00 AM
Location:      Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 24, 2018
JAN: car

                                             Jeanne Naughton
                                             Clerk, U. S. Bankruptcy Court

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                  Case No. 17-26813-RG
Carlos J. Assuncao                                                      Chapter 13
Clara C Assuncao
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 3                  Date Rcvd: Sep 24, 2018
                               Form ID: 132                Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
db/jdb         +Carlos J. Assuncao,   Clara C Assuncao,   1850 Portsmouth Way,   Union, NJ 07083-3704
517018454      +AMEX,   CORRESPONDENCE,   PO BOX 981540,   EL PASO, TX 79998-1540
517018447      +Accu Reference Medical Lab,   1901 E. Linden Ave,   Suite 4,   Linden, NJ 07036-1195
517018453      +Ambulatory Anesthesia Physicians,   PO Box 464,   Rutherford, NJ 07070-0471
517136843       American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
517018460      +CBUSASEARS,   CITICORP CREDIT SRVS/CENTRALIZED BANKRUP,   PO BOX 790040,
                 SAINT LOUIS, MO 63179-0040
517018461      +CHASE CARD SERVICES,   ATTN: CORRESPONDENCE,   PO BOX 15278,   WILMINGTON, DE 19850-5278
517018463      +CITIBANK/THE HOME DEPOT,   CITICORP CR SRVS/CENTRALIZED BANKRUPTCY,   PO BOX 790040,
                 S LOUIS, MO 63179-0040
517018464      +CITICARDS CBNA,   CITICORP CREDIT SVC/CENTRALIZED BANKRUPT,   PO BOX 790040,
                 SAINT LOUIS, MO 63179-0040
517148122       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517018473     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: DELL FINANCIAL SERVICES,    ATTN: BANKRUPTCY,   PO BOX 81577,
                 AUSTIN, TX 78708)
517018476      +GI Pathology,   PO Box 1000 Dept 461,   Memphis, TN 38148-0001
517018479      +MACYS/DSNB,   ATTN: BANKRUPTCY,   PO BOX 8053,   MASON, OH 45040-8053
517018480      +NATIONSTAR MORTGAGE LLC,   ATTN: BANKRUPTCY,   8950 CYPRESS WATERS BLVD,
                 COPPELL, TX 75019-4620
517042575      +NJCLASS,   PO Box 548,   Trenton NJ 08625-0548
517048309      +Nelnet on behalf of NJHESAA,   New Jersey Higher Ed Student Asst Auth,
                 4 Quakerbridge Plaza PO Box 548,   Trenton NJ 08625,   8 08625-0548
517018482      +Quest Diagnostics,   PO Box 740985,   Cincinnati, OH 45274-0985
517018483      +SANTANDER BANK NA,   865 BROOK ST,   ROCKY HILL, CT 06067-3444
517018485      +SEARS/CBNA,   PO BOX 6282,   SIOUX FALLS, SD 57117-6282
517018489      +STATE FARM FINANCIAL S,   1 STATE FARM PLAZA,   BLOOMINGTON, IL 61710-0001
517126993     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Department of Treasury,
                 Division of Taxation,   P.O. Box 245,   Trenton, NJ 08695-0245)
517018492      +STATE OF NJ STUDENT AS,   PO BOX 543,   TRENTON, NJ 08625-0543
517069618      +Santander Bank, N.A.,   601 Penn Street,   10-6438-FB7,   Reading, PA 19601-3563
517018487      +Shapiro & DeNardo, LLP,   14000 Commerce Parkway,   Suite B,   Mount Laurel, NJ 08054-2242
517018504      +TNB-VISA (TV) / TARGET,   PO BOX 673,   MINNEAPOLIS, MN 55440-0673
517018505      +VISA DEPT STORE NATIONAL BANK/MACY'S,   ATTN: BANKRUPTCY,   PO BOX 8053,   MASON, OH 45040-8053
517070012      +VW Credit Leasing, Ltd,   c/o VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013
517105339      +WELLS FARGO BANK, NATIONAL ASSOCIATION,   Nationstar Mortgage LLC,   PO Box 619096,
                 Dallas, TX 75261-9096
517018510      +WELLS FARGO DEALER SERVICES,   ATTN: BANKRUPTCY,   PO BOX 19657,   IRVINE, CA 92623-9657
517070448       Wells Fargo Bank, N.A., d/b/a WFDS,   P.O. Box 19657,   Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2018 00:18:44     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2018 00:18:39     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517018451      +E-mail/Text: bknotices@conduent.com Sep 25 2018 00:19:45     ACS/NELNET NHLP-III/TR,
                 ACS/EDUCATION SERVICES,   PO BOX 7051,   UTICA, NY 13504-7051
517018458      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2018 00:23:51     CAPITAL ONE,
                 GENERAL CORRESPONDENCE,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
517018457      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2018 00:24:25     CAPITAL ONE,
                 ATTN: BANKRUPTCY,   PO BOX 30253,   SALT LAKE CITY, UT 84130-0253
517018465      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 25 2018 00:18:22     COMENITY BANK,
                 ATTN: BANKRUPTCY,   PO BOX 182125,   COLUMBUS, OH 43218-2125
517018466      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 25 2018 00:18:22
                 COMENITY BANK / THE LIMITED,   ATTN: BANKRUPTCY,   PO BOX 182125,   COLUMBUS, OH 43218-2125
517018468      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 25 2018 00:18:22     COMENITY BANK/ANN TAYLOR,
                 PO BOX 182125,   COLUMBUS, OH 43218-2125
517018469      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 25 2018 00:18:22     COMENITY BANK/EXPRESS,
                 ATTN: BANKRUPTCY,   PO BOX 182125,   COLUMBUS, OH 43218-2125
517018470      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 25 2018 00:18:22     COMENITY BANK/MANDEES,
                 PO BOX 182125,   COLUMBUS, OH 43218-2125
517018471      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 25 2018 00:18:22     COMENITY BANK/NWYRK&CO,
                 220 W SCHROCK RD,   WESTERVILLE, OH 43081-2873
517018472      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 25 2018 00:18:23     COMENITY BANK/PIER 1,
                 ATTN: BANKRUPTCY,   PO BOX 182125,   COLUMBUS, OH 43218-2125
517018474      +E-mail/Text: electronicbkydocs@nelnet.net Sep 25 2018 00:18:46     DEPT OF ED/582/NELNET,
                 ATTN: CLAIMS/BANKRUPTCY,   PO BOX 82505,   LINCOLN, NE 68501-2505
517018475      +E-mail/Text: mrdiscen@discover.com Sep 25 2018 00:17:41     DISCOVER FINANCIAL,   PO BOX 3025,
                 NEW ALBANY, OH 43054-3025
```

```
District/off: 0312-2              User: admin                 Page 2 of 3                   Date Rcvd: Sep 24, 2018
                                  Form ID: 132                Total Noticed: 63


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517028563        E-mail/Text: mrdiscen@discover.com Sep 25 2018 00:17:41      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517018477        E-mail/Text: cio.bncmail@irs.gov Sep 25 2018 00:18:01      Internal Revenue Services,
                 Special Processing Branch,    PO Box 724,   Springfield, NJ 07081
517018478       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 25 2018 00:17:47      KOHLS/CAPITAL ONE,
                 KOHLS CREDIT,    PO BOX 3043,   MILWAUKEE, WI 53201-3043
517231716        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 25 2018 00:24:02
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517018481       +E-mail/PDF: pa_dc_claims@navient.com Sep 25 2018 00:23:59      NAVIENT,    ATTN: CLAIMS DEPT,
                 PO BOX 9500,    WILKES- BARR, PA 18773-9500
517181604        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2018 00:23:54
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
517264137        E-mail/Text: bnc-quantum@quantum3group.com Sep 25 2018 00:18:32
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
517018486       +E-mail/Text: bankruptcy@senexco.com Sep 25 2018 00:17:38      SENEX SERVICES CORP,
                 3333 FOUNDERS RD,    2ND FLOOR,   INDIANAOPLIS, IN 46268
517018488       +E-mail/Text: bankruptcy@sw-credit.com Sep 25 2018 00:18:45      SOUTHWEST CREDIT SYSTEMS,
                 4120 INTERNATIONAL PARKWAY STE 1100,    CARROLLTON, TX 75007-1958
517018495       +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 00:23:43      SYNCB/LORD & TAYLOR,
                 PO BOX 965064,    ORLANDO, FL 32896-5064
517018496       +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 00:23:14      SYNCHRONY BANK/ JC PENNEYS,
                 ATTN: BANKRUPTCY,    PO BOX 956060,   ORLANDO, FL 32896-0001
517018498       +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 00:23:43      SYNCHRONY BANK/ OLD NAVY,
                 ATTN: BANKRUPTCY,    PO BOX 956060,   ORLANDO, FL 32896-0001
517018500       +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 00:24:16      SYNCHRONY BANK/GAP,
                 ATTN: BANKRUPTCY,    PO BOX 956060,   ORLANDO, FL 32896-0001
517018502       +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 00:23:14      SYNCHRONY BANK/LINEN N' THINGS,
                 ATTN: BANKRUPTCY,    PO BOX 956060,   ORLANDO, FL 32896-0001
517018503       +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 00:24:16      SYNCHRONY BANK/LOWES,
                 ATTN: BANKRUPTCY,    PO BOX 965060,   ORLANDO, FL 32896-5060
517048310       +E-mail/Text: electronicbkydocs@nelnet.net Sep 25 2018 00:18:46
                 US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,    Lincoln, NE 68508,
                 ElectronicBkyDocs@Nelnet.net 68508-1911
517018508       +E-mail/Text: vci.bkcy@vwcredit.com Sep 25 2018 00:18:52      VOLKSWAGEN CREDIT, INC,
                 1401 FRANKLIN BLVD,    LIBERTYVILLE, IL 60048-4460
517018507       +E-mail/Text: vci.bkcy@vwcredit.com Sep 25 2018 00:18:52      VOLKSWAGEN CREDIT, INC,   PO BOX 3,
                 HILLSBORO, OR 97123-0003
517122290       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 25 2018 00:24:40      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 33

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517018456       CAP1/BSTBY
517018452*     +ACS/NELNET NHLP-III/TR,    ACS/EDUCATION SERVICES,   PO BOX 7051,    UTICA, NY 13504-7051
517018455*     +AMEX,   CORRESPONDENCE,    PO BOX 981540,   EL PASO, TX 79998-1540
517018448*     +Accu Reference Medical Lab,    1901 E. Linden Ave,   Suite 4,    Linden, NJ 07036-1195
517018449*     +Accu Reference Medical Lab,    1901 E. Linden Ave,   Suite 4,    Linden, NJ 07036-1195
517018450*     +Accu Reference Medical Lab,    1901 E. Linden Ave,   Suite 4,    Linden, NJ 07036-1195
517018459*     +CAPITAL ONE,    ATTN: BANKRUPTCY,   PO BOX 30253,   SALT LAKE CITY, UT 84130-0253
517018462*     +CHASE CARD SERVICES,    ATTN: CORRESPONDENCE,   PO BOX 15278,    WILMINGTON, DE 19850-5278
517018467*     +COMENITY BANK / THE LIMITED,    ATTN: BANKRUPTCY,   PO BOX 182125,    COLUMBUS, OH 43218-2125
517018484*     +SANTANDER BANK NA,    865 BROOK ST,   ROCKY HILL, CT 06067-3444
517018490*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Division of Taxation,    PO Box 283,
                 Trenton, NJ 08695)
517018491*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Division of Taxation,    PO Box 283,
                 Trenton, NJ 08695)
517018493*     +STATE OF NJ STUDENT AS,    PO BOX 543,   TRENTON, NJ 08625-0543
517018494*     +STATE OF NJ STUDENT AS,    PO BOX 543,   TRENTON, NJ 08625-0543
517018497*     +SYNCHRONY BANK/ JC PENNEYS,    ATTN: BANKRUPTCY,   PO BOX 956060,    ORLANDO, FL 32896-0001
517018499*     +SYNCHRONY BANK/ OLD NAVY,    ATTN: BANKRUPTCY,   PO BOX 956060,    ORLANDO, FL 32896-0001
517018501*     +SYNCHRONY BANK/GAP,    ATTN: BANKRUPTCY,   PO BOX 956060,   ORLANDO, FL 32896-0001
517018506*     +VISA DEPT STORE NATIONAL BANK/MACY'S,    ATTN: BANKRUPTCY,   PO BOX 8053,    MASON, OH 45040-8053
517018509*     +VOLKSWAGEN CREDIT, INC,    1401 FRANKLIN BLVD,   LIBERTYVILLE, IL 60048-4460
517139373*     +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,   PO Box 9013,    Addison, Texas 75001-9013
                                                                                             TOTALS: 1, * 19, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2           User: admin              Page 3 of 3              Date Rcvd: Sep 24, 2018
                               Form ID: 132             Total Noticed: 63
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:

```
          Chandra Marie Arkema    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
           for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through
           Certificates, Series 2006-B Bankruptcy_Notifications@logs.com
          Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
           for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through
           Certificates, Series 2006-B cwohlrab@logs.com, njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jenelle C Arnold    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkecfinbox@aldridgepite.com,
           jarnold@ecf.courtdrive.com
          Kevin M. Buttery    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
           the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates,
           Series 2006-B bkyefile@rasflaw.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Joint Debtor Clara C Assuncao rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Russell L. Low    on behalf of Debtor Carlos J. Assuncao rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Sindi Mncina    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
           the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates,
           Series 2006-B smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```