Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−26813−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Carlos J. Assuncao                        Clara C Assuncao
1850 Portsmouth Way                       1850 Portsmouth Way
Union, NJ 07083                           Union, NJ 07083

Social Security No.:
xxx−xx−5747                               xxx−xx−3262

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/6/19 at 10:00 AM

to consider and act upon the following:

**55** − Certification in Opposition to (related document:53 Creditor's Certification of Default (related document:24 Order on Motion For Relief From Stay) filed by Charles G. Wohlrab on behalf of Wells Fargo Bank, National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass−Through Certificates, Series 2006−B. Objection deadline is 12/26/2018. (Attachments: # 1 Exhibit # 2 Certificate of Service # 3 Proposed Order) filed by Creditor Wells Fargo Bank, National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass−Through Certificates, Series 2006−B) filed by Russell L. Low on behalf of Carlos J. Assuncao, Clara C Assuncao. (Low, Russell)

Dated: 12/27/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court