RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: : CHAPTER 13

**Carlos J. Assuncao**
**Clara C. Assuncao** : CASE NO. 17-26813

Debtor : Hearing Date: 03/06/2019 at 10:00 am

: The Honorable Rosemary Gambardella

---

**ATTORNEY'S RESPONSE TO CREDITOR'S MOTION FOR RELIEF**

---

I, Russell L. Low, being of full age, hereby certify the following:

We are filing this opposition on behalf of the debtor because we have been unable to file a timely opposition signed by the debtor. We are asking for the opportunity to get in touch with the Debtor to resolve this matter.

Date: February 27, 2019                    /s/ Russell L. Low, Esq.

                                           **RUSSELL L. LOW, ESQ.**