**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

Order Filed on July 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Carlos J. Assuncao** | : | CASE NO. 17-26813 |
| **Clara C Assuncao** | | |
| Debtors | : | The Honorable Rosemary Gambardella |

_____

### ORDER FOR AUTHORITY TO ENTER INTO A
### MORTGAGE LOAN MODIFICATION

_____

The relief set forth on the following pages numbered (2) through page (2) is hereby

**ORDERED**.

**DATED: July 22, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtors:     Carlos J. Assuncao and Clara C Assuncao
Case No.:    **17-26813-RG**
Caption:     **ORDER FOR AUTHORITY TO ENTER INTO A MORTGAGE LOAN MODIFICATION**

___

**THIS MATTER** being brought before the Court by Russell L. Low, Esq., attorney for Debtors, Carlos J. Assuncao and Clara C Assuncao, upon the Notice of Motion for Authority to Enter into a Mortgage Loan Modification as to real property located at 1850 Portsmouth Way Union, NJ 07083.

**IT IS ORDERED** that all arrears are to be rolled into the mortgage modification and therefore the Trustee should make no further disbursements on the arrears claim as filed.

**IT IS ORDERED** that the creditor shall modify its claim in accordance with the terms of the modification within 90 days of the entry of this Order.

**IT IS ORDERED** that the debtor shall file a Modified Plan and Amended Schedules I and J within 21 days of the entry of this Order.

**IT IS FURTHER ORDERED** and, it appearing that notice of said Motion was properly served upon all parties concerned and this Court, having considered the representation of the attorney for the Debtor, Russell L. Low, Esq., for secured creditor Nationstar Mortgage LLC d/b/a Mr. Cooper appearing and for good cause having been shown;

**ORDERED AND ADJUDGED AND DECREED** that the Debtor's Motion for Authority to Enter into a Mortgage Loan Modification on the mortgaged property as set forth in the Loan Modification Agreement attached as an Exhibit to the Motion is hereby granted.

United States Bankruptcy Court
District of New Jersey

In re:
Carlos J. Assuncao
Clara C Assuncao
      Debtors

Case No. 17-26813-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Jul 22, 2019
                    Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2019.
db/jdb       +Carlos J. Assuncao,   Clara C Assuncao,   1850 Portsmouth Way,   Union, NJ 07083-3704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2019 at the address(es) listed below:
      Chandra Marie Arkema    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B Bankruptcy_Notifications@logs.com
      Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B cwohlrab@logs.com, njbankruptcynotifications@logs.com
      Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jenelle C Arnold    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com
      Kevin M. Buttery    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B bkyefile@rasflaw.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
      Russell L. Low    on behalf of Joint Debtor Clara C Assuncao rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      Russell L. Low    on behalf of Debtor Carlos J. Assuncao rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      Sindi Mncina    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B smncina@rascrane.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          TOTAL: 11