Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−26813−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carlos J. Assuncao
1850 Portsmouth Way
Union, NJ 07083

Clara C Assuncao
1850 Portsmouth Way
Union, NJ 07083

Social Security No.:
xxx−xx−5747

xxx−xx−3262

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on September 20, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 87 − 82
Order Permitting Debtor To Cure Arrearages To Trustee (related document:82 Trustee's Motion to Dismiss Case or Direct Employer to Pay Trustee or for Entry of an Order for Default Clause. Filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg.) Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/19/2019. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 20, 2019
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Carlos J. Assuncao  
Clara C Assuncao  
    Debtors

Case No. 17-26813-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Sep 20, 2019  
Form ID: orderntc   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2019.
```
db          +Carlos J. Assuncao,    1850 Portsmouth Way,    Union, NJ 07083-3704
jdb         +Clara C Assuncao,    1850 Portsmouth Way,    Union, NJ 07083-3704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2019 at the address(es) listed below:
```
              Chandra Marie Arkema    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through
               Certificates, Series 2006-B Bankruptcy_Notifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through
               Certificates, Series 2006-B cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jenelle C Arnold    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkecfinbox@aldridgepite.com,
               jarnold@ecf.courtdrive.com
              Kevin M. Buttery    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates,
               Series 2006-B bkyefile@rasflaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Joint Debtor Clara C Assuncao rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Debtor Carlos J. Assuncao rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Sindi Mncina    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates,
               Series 2006-B smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```