| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on September 19, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    CARLOS J. ASSUNCAO<br>    CLARA C ASSUNCAO | Case No.:  17-26813 RG<br><br>Hearing Date:  9/18/2019 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 19, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): CARLOS J. ASSUNCAO
           CLARA C ASSUNCAO

Case No.: 17-26813

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/18/2019 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 9/28/2019 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must file an amended Schedule I and J by 9/28/2019 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that Amended Schedules have been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:
Carlos J. Assuncao
Clara C Assuncao
    Debtors

Case No. 17-26813-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 20, 2019
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2019.
db/jdb         +Carlos J. Assuncao,    Clara C Assuncao,    1850 Portsmouth Way,    Union, NJ 07083-3704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2019 at the address(es) listed below:
         Chandra Marie Arkema    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
          for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through
          Certificates, Series 2006-B Bankruptcy_Notifications@logs.com
         Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
          for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through
          Certificates, Series 2006-B cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
         Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Jenelle C Arnold    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkecfinbox@aldridgepite.com,
          jarnold@ecf.courtdrive.com
         Kevin M. Buttery    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
          the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates,
          Series 2006-B bkyefile@rasflaw.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
         Russell L. Low    on behalf of Joint Debtor Clara C Assuncao rbear611@aol.com,
          ecf@lowbankruptcy.com;r57808@notify.bestcase.com
         Russell L. Low    on behalf of Debtor Carlos J. Assuncao rbear611@aol.com,
          ecf@lowbankruptcy.com;r57808@notify.bestcase.com
         Sindi Mncina    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
          the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates,
          Series 2006-B smncina@rascrane.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 11