Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−26813−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carlos J. Assuncao
1850 Portsmouth Way
Union, NJ 07083

Clara C Assuncao
1850 Portsmouth Way
Union, NJ 07083

Social Security No.:
xxx−xx−5747                                                       xxx−xx−3262

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 6, 2019.

On 09/27/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                November 6, 2019
Time:                08:30 AM
Location:            Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 27, 2019
JAN: dlr

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                         Case No. 17-26813-RG
Carlos J. Assuncao                                             Chapter 13
Clara C Assuncao
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 3              Date Rcvd: Sep 27, 2019
                             Form ID: 185             Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db/jdb         +Carlos J. Assuncao,   Clara C Assuncao,   1850 Portsmouth Way,    Union, NJ 07083-3704
517018451      +ACS/NELNET NHLP-III/TR,   ACS/EDUCATION SERVICES,   PO BOX 7051,    UTICA, NY 13504-7051
517018454      +AMEX,   CORRESPONDENCE,   PO BOX 981540,   EL PASO, TX 79998-1540
517018447      +Accu Reference Medical Lab,   1901 E. Linden Ave,   Suite 4,    Linden, NJ 07036-1195
517018453      +Ambulatory Anesthesia Physicians,   PO Box 464,   Rutherford, NJ 07070-0471
517136843       American Express Centurion Bank,   c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517018460      +CBUSASEARS,   CITICORP CREDIT SRVS/CENTRALIZED BANKRUP,    PO BOX 790040,
                 SAINT LOUIS, MO 63179-0040
517018461      +CHASE CARD SERVICES,   ATTN: CORRESPONDENCE,   PO BOX 15278,    WILMINGTON, DE 19850-5278
517018463      +CITIBANK/THE HOME DEPOT,   CITICORP CR SRVS/CENTRALIZED BANKRUPTCY,    PO BOX 790040,
                 S LOUIS, MO 63179-0040
517018464      +CITICARDS CBNA,   CITICORP CREDIT SVC/CENTRALIZED BANKRUPT,    PO BOX 790040,
                 SAINT LOUIS, MO 63179-0040
517148122       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
517018473     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court:  DELL FINANCIAL SERVICES,    ATTN: BANKRUPTCY,    PO BOX 81577,
                 AUSTIN, TX 78708)
517018476      +GI Pathology,   PO Box 1000 Dept 461,   Memphis, TN 38148-0001
517018479      +MACYS/DSNB,   ATTN: BANKRUPTCY,   PO BOX 8053,   MASON, OH 45040-8053
517018480      +NATIONSTAR MORTGAGE LLC,   ATTN: BANKRUPTCY,   8950 CYPRESS WATERS BLVD,
                 COPPELL, TX 75019-4620
517042575      +NJCLASS,   PO Box 548,   Trenton NJ 08625-0548
517048309      +Nelnet on behalf of NJHESAA,   New Jersey Higher Ed Student Asst Auth,
                 4 Quakerbridge Plaza PO Box 548,   Trenton NJ 08625,   8 08625-0548
517018482      +Quest Diagnostics,   PO Box 740985,   Cincinnati, OH 45274-0985
517018483      +SANTANDER BANK NA,   865 BROOK ST,   ROCKY HILL, CT 06067-3444
517018485      +SEARS/CBNA,   PO BOX 6282,   SIOUX FALLS, SD 57117-6282
517126993     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Department of Treasury,
                 Division of Taxation,   P.O. Box 245,   Trenton, NJ 08695-0245)
517018492      +STATE OF NJ STUDENT AS,   PO BOX 543,   TRENTON, NJ 08625-0543
517069618      +Santander Bank, N.A.,   601 Penn Street,   10-6438-FB7,   Reading, PA 19601-3563
517018487      +Shapiro & DeNardo, LLP,   14000 Commerce Parkway,   Suite B,    Mount Laurel, NJ 08054-2242
517018504      +TNB-VISA (TV) / TARGET,   PO BOX 673,   MINNEAPOLIS, MN 55440-0673
517018505      +VISA DEPT STORE NATIONAL BANK/MACY'S,   ATTN: BANKRUPTCY,    PO BOX 8053,   MASON, OH 45040-8053
517070012      +VW Credit Leasing, Ltd,   c/o VW Credit, Inc.,   PO Box 9013,    Addison, Texas 75001-9013
517105339      +WELLS FARGO BANK, NATIONAL ASSOCIATION,   Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9096
517018510      +WELLS FARGO DEALER SERVICES,   ATTN: BANKRUPTCY,   PO BOX 19657,    IRVINE, CA 92623-9657
517070448       Wells Fargo Bank, N.A., d/b/a WFDS,   P.O. Box 19657,   Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2019 23:55:15     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2019 23:55:13     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517018458      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2019 23:49:57     CAPITAL ONE,
                 GENERAL CORRESPONDENCE,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
517018457      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2019 23:50:28     CAPITAL ONE,
                 ATTN: BANKRUPTCY,   PO BOX 30253,   SALT LAKE CITY, UT 84130-0253
517018465      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2019 23:55:02     COMENITY BANK,
                 ATTN: BANKRUPTCY,   PO BOX 182125,   COLUMBUS, OH 43218-2125
517018466      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2019 23:55:02
                 COMENITY BANK / THE LIMITED,   ATTN: BANKRUPTCY,   PO BOX 182125,   COLUMBUS, OH 43218-2125
517018468      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2019 23:55:02     COMENITY BANK/ANN TAYLOR,
                 PO BOX 182125,   COLUMBUS, OH 43218-2125
517018469      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2019 23:55:02     COMENITY BANK/EXPRESS,
                 ATTN: BANKRUPTCY,   PO BOX 182125,   COLUMBUS, OH 43218-2125
517018470      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2019 23:55:02     COMENITY BANK/MANDEES,
                 PO BOX 182125,   COLUMBUS, OH 43218-2125
517018471      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2019 23:55:02     COMENITY BANK/NWYRK&CO,
                 220 W SCHROCK RD,   WESTERVILLE, OH 43081-2873
517018472      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2019 23:55:03     COMENITY BANK/PIER 1,
                 ATTN: BANKRUPTCY,   PO BOX 182125,   COLUMBUS, OH 43218-2125
517018473       E-mail/PDF: DellBKNotifications@resurgent.com Sep 27 2019 23:50:40     DELL FINANCIAL SERVICES,
                 ATTN: BANKRUPTCY,   PO BOX 81577,   AUSTIN, TX 78708
517018474      +E-mail/Text: electronicbkydocs@nelnet.net Sep 27 2019 23:55:17     DEPT OF ED/582/NELNET,
                 ATTN: CLAIMS/BANKRUPTCY,   PO BOX 82505,   LINCOLN, NE 68501-2505
517018475      +E-mail/Text: mrdiscen@discover.com Sep 27 2019 23:54:39     DISCOVER FINANCIAL,   PO BOX 3025,
                 NEW ALBANY, OH 43054-3025
```

```
District/off: 0312-2           User: admin              Page 2 of 3                   Date Rcvd: Sep 27, 2019
                               Form ID: 185             Total Noticed: 63


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517028563         E-mail/Text: mrdiscen@discover.com Sep 27 2019 23:54:39      Discover Bank,
                   Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517018477         E-mail/Text: cio.bncmail@irs.gov Sep 27 2019 23:54:49      Internal Revenue Services,
                   Special Processing Branch,    PO Box 724,    Springfield, NJ 07081
517018478        +E-mail/Text: bncnotices@becket-lee.com Sep 27 2019 23:54:43      KOHLS/CAPITAL ONE,
                   KOHLS CREDIT,    PO BOX 3043,    MILWAUKEE, WI 53201-3043
517231716         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2019 23:51:11
                   LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517018481        +E-mail/PDF: pa_dc_claims@navient.com Sep 27 2019 23:50:35      NAVIENT,    ATTN: CLAIMS DEPT,
                   PO BOX 9500,    WILKES- BARR, PA 18773-9500
517181604         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2019 23:50:00
                   Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                   Norfolk VA 23541
517264137         E-mail/Text: bnc-quantum@quantum3group.com Sep 27 2019 23:55:08
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517018486        +E-mail/Text: bankruptcy@senexco.com Sep 27 2019 23:54:34      SENEX SERVICES CORP,
                   3333 FOUNDERS RD,    2ND FLOOR,    INDIANAOPLIS, IN 46268-4932
517018488        +E-mail/Text: bankruptcy@sw-credit.com Sep 27 2019 23:55:16      SOUTHWEST CREDIT SYSTEMS,
                   4120 INTERNATIONAL PARKWAY STE 1100,    CARROLLTON, TX 75007-1958
517018489        +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Sep 27 2019 23:54:58
                   STATE FARM FINANCIAL S,    1 STATE FARM PLAZA,    BLOOMINGTON, IL 61710-0001
517018495        +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 23:50:21      SYNCB/LORD & TAYLOR,
                   PO BOX 965064,    ORLANDO, FL 32896-5064
517018496        +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 23:50:53      SYNCHRONY BANK/ JC PENNEYS,
                   ATTN: BANKRUPTCY,    PO BOX 956060,    ORLANDO, FL 32896-0001
517018498        +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 23:50:54      SYNCHRONY BANK/ OLD NAVY,
                   ATTN: BANKRUPTCY,    PO BOX 956060,    ORLANDO, FL 32896-0001
517018500        +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 23:50:22      SYNCHRONY BANK/GAP,
                   ATTN: BANKRUPTCY,    PO BOX 956060,    ORLANDO, FL 32896-0001
517018502        +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 23:50:22      SYNCHRONY BANK/LINEN N' THINGS,
                   ATTN: BANKRUPTCY,    PO BOX 956060,    ORLANDO, FL 32896-0001
517018503        +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 23:50:22      SYNCHRONY BANK/LOWES,
                   ATTN: BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
517048310        +E-mail/Text: electronicbkydocs@nelnet.net Sep 27 2019 23:55:17
                   US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,    Lincoln, NE 68508,
                   ElectronicBkyDocs@Nelnet.net 68508-1911
517018508        +E-mail/Text: vci.bkcy@vwcredit.com Sep 27 2019 23:55:23      VOLKSWAGEN CREDIT, INC,
                   1401 FRANKLIN BLVD,    LIBERTYVILLE, IL 60048-4460
517018507        +E-mail/Text: vci.bkcy@vwcredit.com Sep 27 2019 23:55:23      VOLKSWAGEN CREDIT, INC,    PO BOX 3,
                   HILLSBORO, OR 97123-0003
517122290        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2019 23:51:15      Verizon,
                   by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 34


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517018456       CAP1/BSTBY
517018452*     +ACS/NELNET NHLP-III/TR,    ACS/EDUCATION SERVICES,    PO BOX 7051,    UTICA, NY 13504-7051
517018455*     +AMEX,   CORRESPONDENCE,    PO BOX 981540,    EL PASO, TX 79998-1540
517018448*     +Accu Reference Medical Lab,    1901 E. Linden Ave,    Suite 4,    Linden, NJ 07036-1195
517018449*     +Accu Reference Medical Lab,    1901 E. Linden Ave,    Suite 4,    Linden, NJ 07036-1195
517018450*     +Accu Reference Medical Lab,    1901 E. Linden Ave,    Suite 4,    Linden, NJ 07036-1195
517018459*     +CAPITAL ONE,    ATTN: BANKRUPTCY,    PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
517018462*     +CHASE CARD SERVICES,    ATTN: CORRESPONDENCE,    PO BOX 15278,    WILMINGTON, DE 19850-5278
517018467*     +COMENITY BANK / THE LIMITED,    ATTN: BANKRUPTCY,    PO BOX 182125,    COLUMBUS, OH 43218-2125
517018484*     +SANTANDER BANK NA,    865 BROOK ST,    ROCKY HILL, CT 06067-3444
517018490*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 283,
                 Trenton, NJ 08695)
517018491*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 283,
                 Trenton, NJ 08695)
517018493*     +STATE OF NJ STUDENT AS,    PO BOX 543,    TRENTON, NJ 08625-0543
517018494*     +STATE OF NJ STUDENT AS,    PO BOX 543,    TRENTON, NJ 08625-0543
517018497*     +SYNCHRONY BANK/ JC PENNEYS,    ATTN: BANKRUPTCY,    PO BOX 956060,    ORLANDO, FL 32896-0001
517018499*     +SYNCHRONY BANK/ OLD NAVY,    ATTN: BANKRUPTCY,    PO BOX 956060,    ORLANDO, FL 32896-0001
517018501*     +SYNCHRONY BANK/GAP,    ATTN: BANKRUPTCY,    PO BOX 956060,    ORLANDO, FL 32896-0001
517018506*     +VISA DEPT STORE NATIONAL BANK/MACY'S,    ATTN: BANKRUPTCY,    PO BOX 8053,    MASON, OH 45040-8053
517018509*     +VOLKSWAGEN CREDIT, INC,    1401 FRANKLIN BLVD,    LIBERTYVILLE, IL 60048-4460
517139373*     +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                              TOTALS: 1, * 19, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin                   Page 3 of 3                  Date Rcvd: Sep 27, 2019
                              Form ID: 185                  Total Noticed: 63
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:

```
              Chandra Marie Arkema    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through
               Certificates, Series 2006-B Bankruptcy_Notifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through
               Certificates, Series 2006-B cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jenelle C Arnold    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkecfinbox@aldridgepite.com,
               jarnold@ecf.courtdrive.com
              Kevin M. Buttery    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates,
               Series 2006-B bkyefile@rasflaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Joint Debtor Clara C Assuncao rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Debtor Carlos J. Assuncao rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Sindi Mncina    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates,
               Series 2006-B smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```