**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:
 CARLOS J. ASSUNCAO
 CLARA C ASSUNCAO

Order Filed on November 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  17-26813 RG**

**Hearing Date:  11/6/2019**

**Judge:  ROSEMARY GAMBARDELLA**

**Debtor is Entitled To Discharge**

### ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: November 7, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):   CARLOS J. ASSUNCAO
             CLARA C ASSUNCAO

Case No.:  17-26813 RG

Caption of Order:         ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 9/27/2019, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 9/1/2017, the Debtor shall pay the Standing Trustee

    the sum of $912.00 for a period of 14 month(s), and then

    the sum of $1,268.00 for a period of 12 month(s), and then

    the sum of $1,400.00 for a period of 34 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, Any additional attorney fees in excess of  $500.00 will require an increase in plan payments; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-26813-RG
Carlos J. Assuncao                                                      Chapter 13
Clara C Assuncao
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Nov 07, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
db/jdb          +Carlos J. Assuncao,    Clara C Assuncao,    1850 Portsmouth Way,    Union, NJ 07083-3704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
              Chandra Marie Arkema   on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee
               for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through
               Certificates, Series 2006-B Bankruptcy_Notifications@logs.com
              Charles G. Wohlrab   on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee
               for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through
               Certificates, Series 2006-b cwohlrab@LOGS.com,  njbankruptcynotifications@logs.com
              Denise E. Carlon   on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jenelle C Arnold   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkecfinbox@aldridgepite.com,
               jarnold@ecf.courtdrive.com
              Kevin M. Buttery   on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee for
               the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates,
               Series 2006-B bkyefile@rasflaw.com
              Marie-Ann Greenberg   magecf@magtrustee.com
              Rebecca Ann Solarz   on behalf of Creditor   VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              Russell L. Low   on behalf of Joint Debtor Clara C Assuncao rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low   on behalf of Debtor Carlos J. Assuncao rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Sindi Mncina   on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee for
               the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates,
               Series 2006-B smncina@rascrane.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                              TOTAL: 11