Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17−26813−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Carlos J. Assuncao | Clara C Assuncao |
| 1850 Portsmouth Way | 1850 Portsmouth Way |
| Union, NJ 07083 | Union, NJ 07083 |

Social Security No.:
  xxx−xx−5747                                               xxx−xx−3262

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/3/20 at 10:00 AM

to consider and act upon the following:

*101* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:100 Application for Compensation for Russell L. Low, attorney, period: to, fee: $800.00, expenses: $0.00. Filed by Russell L. Low. Objection deadline is 4/28/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Carlos J. Assuncao, Joint Debtor Clara C Assuncao) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 4/24/20

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court