Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.:  17−26813−RG
                                        Chapter:  13
                                        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos J. Assuncao                                   Clara C Assuncao
   1850 Portsmouth Way                          1850 Portsmouth Way
   Union, NJ 07083                                      Union, NJ 07083
Social Security No.:
   xxx−xx−5747                                          xxx−xx−3262
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/3/20 at 10:00 AM

to consider and act upon the following:

*101* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:100 Application for Compensation for Russell L. Low, attorney, period: to, fee: $800.00, expenses: $0.00. Filed by Russell L. Low. Objection deadline is 4/28/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Carlos J. Assuncao, Joint Debtor Clara C Assuncao) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 4/24/20

                                                                             Jeanne Naughton
                                                                               Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Carlos J. Assuncao
Clara C Assuncao
    Debtors

Case No. 17-26813-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Apr 24, 2020
                       Form ID: ntchrgbk   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2020.
db/jdb        +Carlos J. Assuncao,    Clara C Assuncao,    1850 Portsmouth Way,    Union, NJ 07083-3704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2020 at the address(es) listed below:

        Chandra M. Arkema    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B carkema@squirelaw.com
        Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
        Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Jenelle C Arnold    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com
        Kevin M. Buttery    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B bkyefile@rasflaw.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
        Russell L. Low    on behalf of Joint Debtor Clara C Assuncao ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
        Russell L. Low    on behalf of Debtor Carlos J. Assuncao ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
        Sindi Mncina    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B smncina@rascrane.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                               TOTAL: 11