| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) |
| Russell L. Low, Esq. – RLL 4745<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor |
| In Re:<br><br>CARLOS J. ASSUNCAO<br>CLARA C. ASSUNCAO<br><br>Debtor(s) |

Order Filed on May 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-26813

Chapter 13

Judge: The Honorable Rosemary Gambardella

## AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: May 15, 2020

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC,** the applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $0.00 for a total of $800.00.  The allowance is payable:

_X_    through the Chapter 13 plan as an administrative priority.

___    outside the plan.

The debtor's monthly plan is modified to require a payment of $1,431.43 per month for 28 months starting May 1, 2019 to allow for payment of the above fee.

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 17-26813-RG
Carlos J. Assuncao                                              Chapter 13
Clara C Assuncao
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 15, 2020
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
db/jdb         +Carlos J. Assuncao,   Clara C Assuncao,   1850 Portsmouth Way,   Union, NJ 07083-3704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2020 at the address(es) listed below:
              Chandra M. Arkema    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through
               Certificates, Series 2006-B carkema@squirelaw.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through
               Certificates, Series 2006-B ewassall@logs.com,   njbankruptcynotifications@logs.com
              Jenelle C Arnold    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkecfinbox@aldridgepite.com,
               jarnold@ecf.courtdrive.com
              Kevin M. Buttery    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates,
               Series 2006-B bkyefile@rasflaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Joint Debtor Clara C Assuncao ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Debtor Carlos J. Assuncao ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Sindi Mncina    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates,
               Series 2006-B smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11