Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 17−26813−RG
                    Chapter: 13
                    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos J. Assuncao                                   Clara C Assuncao
   1850 Portsmouth Way                             1850 Portsmouth Way
   Union, NJ 07083                                      Union, NJ 07083

Social Security No.:
   xxx−xx−5747                                             xxx−xx−3262

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/4/20 at 10:00 AM

to consider and act upon the following:

*113* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:112 Application for Compensation for Russell L. Low, attorney, period: to, fee: $400.00, expenses: $0.00. Filed by Russell L. Low. Objection deadline is 10/13/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Carlos J. Assuncao, Joint Debtor Clara C Assuncao) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/9/20

                                                                               Jeanne Naughton
                                                                               Clerk, U.S. Bankruptcy Court