Order Filed on October 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2 (c)

Russell L. Low, Esq. – RLL 4745
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07501
201-343-4040
Attorneys for Debtor

In Re:

CARLOS J. ASSUNCAO
CLARA C. ASSUNCAO

Debtor(s)

Case No. 17-26813

Chapter 13

Judge: The Honorable Rosemary Gambardella

## AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 26, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC,** the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance is payable:

   X   through the Chapter 13 plan as an administrative priority.

   ___   outside the plan.

The debtor's monthly plan is modified to require a payment of $1,450.43 per month for 23 months starting October 1, 2020 to allow for payment of the above fee.

United States Bankruptcy Court

District of New Jersey

In re:  
Carlos J. Assuncao  
Clara C Assuncao  
    Debtor(s)

Case No. 17-26813-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Oct 27, 2020     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

**Recip ID**      **Recipient Name and Address**  
db/jdb      + Carlos J. Assuncao, Clara C Assuncao, 1850 Portsmouth Way, Union, NJ 07083-3704

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**  
jdb      *+      Clara C Assuncao, 1850 Portsmouth Way, Union, NJ 07083-3704

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Chandra M. Arkema  
     on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B carkema@squirelaw.com

Denise E. Carlon  
     on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall  
     on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B ewassall@logs.com, njbankruptcynotifications@logs.com

Jenelle C Arnold

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkecfinbox@aldridgepite.com  jarnold@ecf.courtdrive.com |
| Kevin M. Buttery | |
| | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B bkyefile@rasflaw.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com |
| Russell L. Low | |
| | on behalf of Joint Debtor Clara C Assuncao ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | |
| | on behalf of Debtor Carlos J. Assuncao ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Sindi Mncina | |
| | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B smncina@rascrane.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11