Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−26813−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Carlos J. Assuncao | Clara C Assuncao |
| 1850 Portsmouth Way | 1850 Portsmouth Way |
| Union, NJ 07083 | Union, NJ 07083 |

Social Security No.:
  xxx−xx−5747                                                 xxx−xx−3262

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/5/21 at 10:00 AM

to consider and act upon the following:

*121* − Certification in Opposition to (related document:119 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/5/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Carlos J. Assuncao, Clara C Assuncao. (Attachments: # 1 Exhibit) (Low, Russell)

Dated: 3/30/21

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court