Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−26813−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carlos J. Assuncao
1850 Portsmouth Way
Union, NJ 07083

Clara C Assuncao
1850 Portsmouth Way
Union, NJ 07083

Social Security No.:
xxx−xx−5747    xxx−xx−3262

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:    7/7/21
Time:    10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Russell L. Low, attorney,

COMMISSION OR FEES
$1,200.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

- ☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☑ will reduce the amount to be paid to general unsecured creditors under the plan as follows: By $1,200.00

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 8, 2021
JAN:

                                                            Jeanne Naughton
                                                            Clerk

Case 17-26813-RG    Doc 133    Filed 06/10/21    Entered 06/11/21 00:14:52    Desc Imaged
Certificate of Notice    Page 2 of 7

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-26813-RG
Carlos J. Assuncao  Chapter 13
Clara C Assuncao
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jun 08, 2021 | Form ID: 137 | Total Noticed: 65 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carlos J. Assuncao, Clara C Assuncao, 1850 Portsmouth Way, Union, NJ 07083-3704 |
| 517018451 | + | ACS/NELNET NHLP-III/TR, ACS/EDUCATION SERVICES, PO BOX 7051, UTICA, NY 13504-7051 |
| 517018454 | + | AMEX, CORRESPONDENCE, PO BOX 981540, EL PASO, TX 79998-1540 |
| 517018447 | + | Accu Reference Medical Lab, 1901 E. Linden Ave, Suite 4, Linden, NJ 07036-1195 |
| 517018453 | + | Ambulatory Anesthesia Physicians, PO Box 464, Rutherford, NJ 07070-0471 |
| 517136843 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517148122 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517018476 | + | GI Pathology, PO Box 1000 Dept 461, Memphis, TN 38148-0001 |
| 518778258 | | KHEAA, PO BOX 798, FRANKFORT KY 40602-0798 |
| 518778259 | | KHEAA, PO BOX 798, FRANKFORT KY 40602-0798, KHEAA, PO BOX 798 FRANKFORT KY 40602-0798 |
| 517018480 | + | NATIONSTAR MORTGAGE LLC, ATTN: BANKRUPTCY, 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019-4620 |
| 517042575 | + | NJCLASS, PO Box 548, Trenton NJ 08625-0548 |
| 517048309 | | Nelnet on behalf of NJHESAA, New Jersey Higher Ed Student Asst Auth, 4 Quakerbridge Plaza PO Box 548, Trenton NJ 08625, 8 08625-0548 |
| 517018482 | + | Quest Diagnostics, PO Box 740985, Cincinnati, OH 45274-0985 |
| 517018483 | + | SANTANDER BANK NA, 865 BROOK ST, ROCKY HILL, CT 06067-3444 |
| 517126993 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517018492 | + | STATE OF NJ STUDENT AS, PO BOX 543, TRENTON, NJ 08625-0543 |
| 517069618 | + | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 517018487 | + | Shapiro & DeNardo, LLP, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 517018504 | + | TNB-VISA (TV) / TARGET, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 517070012 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517105339 | + | WELLS FARGO BANK, NATIONAL ASSOCIATION, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 517018510 | + | WELLS FARGO DEALER SERVICES, ATTN: BANKRUPTCY, PO BOX 19657, IRVINE, CA 92623-9657 |
| 517070448 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2021 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2021 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517018457 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 08 2021 21:04:31 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 517018458 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 08 2021 21:04:31 | CAPITAL ONE, GENERAL CORRESPONDENCE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 517018460 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2021 21:04:36 | CBUSASEARS, CITICORP CREDIT |

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 08, 2021 | Form ID: 137 | Total Noticed: 65 |

| | | | |
|---|---|---|---|
| | | | SRVS/CENTRALIZED BANKRUP, PO BOX 790040, SAINT LOUIS, MO 63179-0040 |
| 517018463 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2021 21:06:07 | CITIBANK/THE HOME DEPOT, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, S LOUIS, MO 63179-0040 |
| 517018464 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2021 21:04:35 | CITICARDS CBNA, CITICORP CREDIT SVC/CENTRALIZED BANKRUPT, PO BOX 790040, SAINT LOUIS, MO 63179-0040 |
| 517018465 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2021 21:07:00 | COMENITY BANK, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 517018466 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2021 21:07:00 | COMENITY BANK / THE LIMITED, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 517018468 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2021 21:07:00 | COMENITY BANK/ANN TAYLOR, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 517018469 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2021 21:07:00 | COMENITY BANK/EXPRESS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 517018470 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2021 21:07:00 | COMENITY BANK/MANDEES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 517018471 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2021 21:07:00 | COMENITY BANK/NWYRK&CO, 220 W SCHROCK RD, WESTERVILLE, OH 43081-2873 |
| 517018472 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2021 21:07:00 | COMENITY BANK/PIER 1, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 517018473 | Email/PDF: DellBKNotifications@resurgent.com | Jun 08 2021 21:06:12 | DELL FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 81577, AUSTIN, TX 78708 |
| 517018474 | + Email/Text: electronicbkydocs@nelnet.net | Jun 08 2021 21:08:00 | DEPT OF ED/582/NELNET, ATTN: CLAIMS/BANKRUPTCY, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 517018475 | + Email/Text: mrdiscen@discover.com | Jun 08 2021 21:07:00 | DISCOVER FINANCIAL, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 517018479 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2021 21:04:36 | MACYS/DSNB, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040 |
| 517018505 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2021 21:04:37 | VISA DEPT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040 |
| 517028563 | Email/Text: mrdiscen@discover.com | Jun 08 2021 21:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517018477 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 08 2021 21:07:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 517018461 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 08 2021 21:04:30 | CHASE CARD SERVICES, ATTN: CORRESPONDENCE, PO BOX 15278, WILMINGTON, DE 19850 |
| 517018478 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 08 2021 21:07:00 | KOHLS/CAPITAL ONE, KOHLS CREDIT, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 517018489 | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Jun 08 2021 21:07:00 | STATE FARM FINANCIAL S, 1 STATE FARM PLAZA, BLOOMINGTON, IL 61710 |
| 517231716 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2021 21:04:39 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517018481 | + Email/PDF: pa_dc_claims@navient.com | Jun 08 2021 21:04:38 | NAVIENT, ATTN: CLAIMS DEPT, PO BOX |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 9500, WILKES-BARR, PA 18773-9500 |
| 517181604 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Jun 08 2021 21:04:37 | | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517264137 | | Email/Text: bnc-quantum@quantum3group.com  Jun 08 2021 21:07:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517018485 | + | Email/PDF: Citi.BNC.Correspondence@citi.com  Jun 08 2021 21:04:35 | | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 517018486 | + | Email/Text: bankruptcy@senexco.com  Jun 08 2021 21:06:00 | | SENEX SERVICES CORP, 3333 FOUNDERS RD, 2ND FLOOR, INDIANAOPLIS, IN 46268-4932 |
| 517018488 | + | Email/Text: bankruptcy@sw-credit.com  Jun 08 2021 21:08:00 | | SOUTHWEST CREDIT SYSTEMS, 4120 INTERNATIONAL PARKWAY STE 1100, CARROLLTON, TX 75007-1958 |
| 517018495 | + | Email/PDF: gecsedi@recoverycorp.com  Jun 08 2021 21:05:57 | | SYNCB/LORD & TAYLOR, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 517018496 | + | Email/PDF: gecsedi@recoverycorp.com  Jun 08 2021 21:05:57 | | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 517018498 | + | Email/PDF: gecsedi@recoverycorp.com  Jun 08 2021 21:04:25 | | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 517018500 | + | Email/PDF: gecsedi@recoverycorp.com  Jun 08 2021 21:04:25 | | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 517018502 | + | Email/PDF: gecsedi@recoverycorp.com  Jun 08 2021 21:04:27 | | SYNCHRONY BANK/LINEN N' THINGS, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 517018503 | + | Email/PDF: gecsedi@recoverycorp.com  Jun 08 2021 21:06:34 | | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 517048310 | + | Email/Text: electronicbkydocs@nelnet.net  Jun 08 2021 21:08:00 | | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508, ElectronicBkyDocs@Nelnet.net 68508-1911 |
| 517018507 | + | Email/Text: vci.bkcy@vwcredit.com  Jun 08 2021 21:08:00 | | VOLKSWAGEN CREDIT, INC, PO BOX 3, HILLSBORO, OR 97123-0003 |
| 517018508 | + | Email/Text: vci.bkcy@vwcredit.com  Jun 08 2021 21:08:00 | | VOLKSWAGEN CREDIT, INC, 1401 FRANKLIN BLVD, LIBERTYVILLE, IL 60048-4460 |
| 517122290 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM  Jun 08 2021 21:04:46 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517018456 | | CAP1/BSTBY |
| 517018452 | *+ | ACS/NELNET NHLP-III/TR, ACS/EDUCATION SERVICES, PO BOX 7051, UTICA, NY 13504-7051 |
| 517018455 | *+ | AMEX, CORRESPONDENCE, PO BOX 981540, EL PASO, TX 79998-1540 |
| 517018448 | *+ | Accu Reference Medical Lab, 1901 E. Linden Ave, Suite 4, Linden, NJ 07036-1195 |
| 517018449 | *+ | Accu Reference Medical Lab, 1901 E. Linden Ave, Suite 4, Linden, NJ 07036-1195 |
| 517018450 | *+ | Accu Reference Medical Lab, 1901 E. Linden Ave, Suite 4, Linden, NJ 07036-1195 |
| 517018459 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 517018467 | *+ | COMENITY BANK / THE LIMITED, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |

| | | |
|---|---|---|
| 517018506 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, VISA DEPT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040 |
| 517018462 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: CORRESPONDENCE, PO BOX 15278, WILMINGTON, DE 19850 |
| 517018484 | *+ | SANTANDER BANK NA, 865 BROOK ST, ROCKY HILL, CT 06067-3444 |
| 517018490 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 517018491 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 517018493 | *+ | STATE OF NJ STUDENT AS, PO BOX 543, TRENTON, NJ 08625-0543 |
| 517018494 | *+ | STATE OF NJ STUDENT AS, PO BOX 543, TRENTON, NJ 08625-0543 |
| 517018497 | *+ | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 517018499 | *+ | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 517018501 | *+ | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 517018509 | *+ | VOLKSWAGEN CREDIT, INC, 1401 FRANKLIN BLVD, LIBERTYVILLE, IL 60048-4460 |
| 517139373 | *+ | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021                         Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chandra M. Arkema | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B carkema@squirelaw.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Jenelle C Arnold | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkecfinbox@aldridgepite.com  jarnold@ecf.courtdrive.com |
| Kathleen M Magoon | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B kmagoon@logs.com, kathleenmagoon@gmail.com |
| Kevin M. Buttery | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B kbuttery@moodklaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Joint Debtor Clara C Assuncao ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |

Russell L. Low
    on behalf of Debtor Carlos J. Assuncao ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Sindi Mncina
    on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12