UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CXE 17-018581
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE BANC OF AMERICA MORTGAGE SECURITIES, INC. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-B



Order Filed on July 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CARLOS J. ASSUNCAO AND CLARA C. ASSUNCAO, DEBTORS

Case No.: 17-26813-RG

Judge: HONORABLE ROSEMARY GAMBARDELLA

Chapter: 13

# CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: July 7, 2021**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter being opened to the Court by LOGS Legal Group LLP, Attorneys for WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE BANC OF AMERICA MORTGAGE SECURITIES, INC. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-B, hereinafter "Secured Creditor", upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtor to make post-petition payments on a mortgage obligation, and due notice of said Motion and the supporting Certification having been given to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. At the time of filing of Secured Creditor's Motion, Debtor was delinquent in post-petition payments in the total amount of $5,666.42, showing due for the March 1, 2021 payment, to Secured Creditor.

2. Debtor has since cured the delinquency outlined in Paragraph one (1) above, and has brought the subject loan current through and including the June 1, 2021 payment.

3. Starting June 1, 2021, Debtor shall maintain all contractually due payments, which currently amount to $2,833.21 monthly.

4. If the Debtor fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor's failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and Debtor as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                                             Date: 7-1-2021
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

/s/ Russell L. Low                                                   Date: July 1, 2021
Russell L. Low, Esquire
Attorney for the Debtor