Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−26813−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carlos J. Assuncao
1850 Portsmouth Way
Union, NJ 07083

Clara C Assuncao
1850 Portsmouth Way
Union, NJ 07083

Social Security No.:
xxx−xx−5747

xxx−xx−3262

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/1/22 at 10:00 AM

to consider and act upon the following:

*142* − Certification in Opposition to (related document:140 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/4/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Carlos J. Assuncao, Clara C Assuncao. (Low, Russell)

Dated: 4/29/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court