| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Carlos J. Assuncao<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5747<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Clara C Assuncao<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3262<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  17–26813–RG | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Carlos J. Assuncao                        Clara C Assuncao

11/14/22                        **By the court:** <u>Rosemary Gambardella</u>
                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Carlos J. Assuncao  
Clara C Assuncao  
    Debtors

Case No. 17-26813-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 5  
Date Rcvd: Nov 14, 2022     Form ID: 3180W     Total Noticed: 67

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carlos J. Assuncao, Clara C Assuncao, 1850 Portsmouth Way, Union, NJ 07083-3704 |
| 517018451 | + | ACS/NELNET NHLP-III/TR, ACS/EDUCATION SERVICES, PO BOX 7051, UTICA, NY 13504-7051 |
| 517018447 | + | Accu Reference Medical Lab, 1901 E. Linden Ave, Suite 4, Linden, NJ 07036-1195 |
| 517018453 | + | Ambulatory Anesthesia Physicians, PO Box 464, Rutherford, NJ 07070-0471 |
| 517018476 | + | GI Pathology, PO Box 1000 Dept 461, Memphis, TN 38148-0001 |
| 517042575 | + | NJCLASS, PO Box 548, Trenton NJ 08625-0548 |
| 517048309 | + | Nelnet on behalf of NJHESAA, New Jersey Higher Ed Student Asst Auth, 4 Quakerbridge Plaza PO Box 548, Trenton NJ 08625, 8 08625-0548 |
| 517018483 | + | SANTANDER BANK NA, 865 BROOK ST, ROCKY HILL, CT 06067-3444 |
| 517018490 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 517018492 | + | STATE OF NJ STUDENT AS, PO BOX 543, TRENTON, NJ 08625-0543 |
| 517018487 | + | Shapiro & DeNardo, LLP, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 517126993 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 14 2022 22:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 14 2022 22:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517018454 | + | Email/PDF: bncnotices@becket-lee.com | Nov 14 2022 22:25:04 | AMEX, CORRESPONDENCE, PO BOX 981540, EL PASO, TX 79998-1540 |
| 517136843 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2022 22:24:39 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517018457 | + | EDI: CAPITALONE.COM | Nov 15 2022 03:08:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 517018458 | + | EDI: CAPITALONE.COM | Nov 15 2022 03:08:00 | CAPITAL ONE, GENERAL CORRESPONDENCE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 517018460 | + | EDI: CITICORP.COM | Nov 15 2022 03:08:00 | CBUSASEARS, CITICORP CREDIT SRVS/CENTRALIZED BANKRUP, PO BOX 790040, SAINT LOUIS, MO 63179-0040 |
| 517018463 | + | EDI: CITICORP.COM | Nov 15 2022 03:08:00 | CITIBANK/THE HOME DEPOT, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, S LOUIS, MO 63179-0040 |
| 517018464 | + | EDI: CITICORP.COM | Nov 15 2022 03:08:00 | CITICARDS CBNA, CITICORP CREDIT SVC/CENTRALIZED BANKRUPT, PO BOX |

| Case 17-26813-RG | Doc 152 | Filed 11/16/22 | Entered 11/17/22 00:18:36 | Desc Imaged |
| | | Certificate of Notice | Page 4 of 7 | |

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 14, 2022 | Form ID: 3180W | Total Noticed: 67 |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 790040, SAINT LOUIS, MO 63179-0040 |
| 517018465 | + | EDI: WFNNB.COM | Nov 15 2022 03:08:00 | COMENITY BANK, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 517018466 | + | EDI: WFNNB.COM | Nov 15 2022 03:08:00 | COMENITY BANK / THE LIMITED, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 517018468 | + | EDI: WFNNB.COM | Nov 15 2022 03:08:00 | COMENITY BANK/ANN TAYLOR, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 517018469 | + | EDI: WFNNB.COM | Nov 15 2022 03:08:00 | COMENITY BANK/EXPRESS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 517018470 | + | EDI: WFNNB.COM | Nov 15 2022 03:08:00 | COMENITY BANK/MANDEES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 517018471 | + | EDI: WFNNB.COM | Nov 15 2022 03:08:00 | COMENITY BANK/NWYRK&CO, 220 W SCHROCK RD, WESTERVILLE, OH 43081-2873 |
| 517018472 | + | EDI: WFNNB.COM | Nov 15 2022 03:08:00 | COMENITY BANK/PIER 1, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 517148122 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2022 22:25:04 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517018473 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 14 2022 22:24:53 | DELL FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 81577, AUSTIN, TX 78708 |
| 517018474 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 14 2022 22:16:00 | DEPT OF ED/582/NELNET, ATTN: CLAIMS/BANKRUPTCY, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 517018475 | + | EDI: DISCOVER.COM | Nov 15 2022 03:08:00 | DISCOVER FINANCIAL, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 517018479 | + | EDI: CITICORP.COM | Nov 15 2022 03:08:00 | MACYS/DSNB, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040 |
| 517018505 | + | EDI: CITICORP.COM | Nov 15 2022 03:08:00 | VISA DEPT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040 |
| 517028563 | | EDI: DISCOVER.COM | Nov 15 2022 03:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517018477 | | EDI: IRS.COM | Nov 15 2022 03:08:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 517018461 | | EDI: JPMORGANCHASE | Nov 15 2022 03:08:00 | CHASE CARD SERVICES, ATTN: CORRESPONDENCE, PO BOX 15278, WILMINGTON, DE 19850 |
| 518778258 | | Email/Text: legaldivision@kheaa.com | Nov 14 2022 22:15:00 | KHEAA, PO BOX 798, FRANKFORT KY 40602-0798 |
| 518778259 | | Email/Text: legaldivision@kheaa.com | Nov 14 2022 22:15:00 | KHEAA, PO BOX 798, FRANKFORT KY 40602-0798, KHEAA, PO BOX 798, FRANKFORT KY 40602-0798 |
| 517018478 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 14 2022 22:15:00 | KOHLS/CAPITAL ONE, KOHLS CREDIT, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 517018489 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Nov 14 2022 22:15:00 | STATE FARM FINANCIAL S, 1 STATE FARM PLAZA, BLOOMINGTON, IL 61710 |
| 517231716 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2022 22:24:54 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517018480 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

Case 17-26813-RG    Doc 152    Filed 11/16/22    Entered 11/17/22 00:18:36    Desc Imaged
                          Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 14, 2022 | Form ID: 3180W | Total Noticed: 67 |

| | | | |
|---|---|---|---|
| | | Nov 14 2022 22:15:00 | NATIONSTAR MORTGAGE LLC, ATTN: BANKRUPTCY, 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019-4620 |
| 517018481 | + EDI: NAVIENTFKASMSERV.COM | Nov 15 2022 03:08:00 | NAVIENT, ATTN: CLAIMS DEPT, PO BOX 9500, WILKES- BARR, PA 18773-9500 |
| 517181604 | EDI: PRA.COM | Nov 15 2022 03:08:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517264137 | EDI: Q3G.COM | Nov 15 2022 03:08:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517018482 | + Email/Text: BankruptcyMail@questdiagnostics.com | Nov 14 2022 22:16:00 | Quest Diagnostics, PO Box 740985, Cincinnati, OH 45274-0985 |
| 517018485 | + EDI: CITICORP.COM | Nov 15 2022 03:08:00 | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 517018486 | + Email/Text: bankruptcy@senexco.com | Nov 14 2022 22:15:00 | SENEX SERVICES CORP, 3333 FOUNDERS RD, 2ND FLOOR, INDINAOPLIS, IN 46268-4932 |
| 517018488 | + Email/Text: bankruptcy@sw-credit.com | Nov 14 2022 22:16:00 | SOUTHWEST CREDIT SYSTEMS, 4120 INTERNATIONAL PARKWAY STE 1100, CARROLLTON, TX 75007-1958 |
| 517018495 | + EDI: RMSC.COM | Nov 15 2022 03:08:00 | SYNCB/LORD & TAYLOR, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 517018496 | + EDI: RMSC.COM | Nov 15 2022 03:08:00 | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 517018498 | + EDI: RMSC.COM | Nov 15 2022 03:08:00 | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 517018500 | + EDI: RMSC.COM | Nov 15 2022 03:08:00 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 517018502 | + EDI: RMSC.COM | Nov 15 2022 03:08:00 | SYNCHRONY BANK/LINEN N' THINGS, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 517018503 | + EDI: RMSC.COM | Nov 15 2022 03:08:00 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519738768 | + Email/Text: DeftBkr@santander.us | Nov 14 2022 22:16:00 | Santander Bank NA, PO Box 16255, 10-421-CP2, Reading, PA 19612-6255 |
| 517069618 | + Email/Text: DeftBkr@santander.us | Nov 14 2022 22:16:00 | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 517018504 | + EDI: WTRRNBANK.COM | Nov 15 2022 03:08:00 | TNB-VISA (TV) / TARGET, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 517048310 | + Email/Text: electronicbkydocs@nelnet.net | Nov 14 2022 22:16:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508, ElectronicBkyDocs@Nelnet.net 68508-1911 |
| 517018507 | + Email/Text: vci.bkcy@vwcredit.com | Nov 14 2022 22:16:00 | VOLKSWAGEN CREDIT, INC, PO BOX 3, HILLSBORO, OR 97123-0003 |
| 517018508 | + Email/Text: vci.bkcy@vwcredit.com | Nov 14 2022 22:16:00 | VOLKSWAGEN CREDIT, INC, 1401 FRANKLIN BLVD, LIBERTYVILLE, IL 60048-4460 |
| 517070012 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Nov 14 2022 22:15:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517122290 | + EDI: AIS.COM | Nov 15 2022 03:08:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK |

| | | | | |
|---|---|---|---|---|
| | | | | 73118-7901 |
| 517105339 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 14 2022 22:15:00 | WELLS FARGO BANK, NATIONAL ASSOCIATION, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 517018510 | + | EDI: WFFC2 | Nov 15 2022 03:08:00 | WELLS FARGO DEALER SERVICES, ATTN: BANKRUPTCY, PO BOX 19657, IRVINE, CA 92623-9657 |
| 517070448 | | EDI: WFFC2 | Nov 15 2022 03:08:00 | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517018456 | | CAP1/BSTBY |
| 517018452 | *+ | ACS/NELNET NHLP-III/TR, ACS/EDUCATION SERVICES, PO BOX 7051, UTICA, NY 13504-7051 |
| 517018455 | *+ | AMEX, CORRESPONDENCE, PO BOX 981540, EL PASO, TX 79998-1540 |
| 517018448 | *+ | Accu Reference Medical Lab, 1901 E. Linden Ave, Suite 4, Linden, NJ 07036-1195 |
| 517018449 | *+ | Accu Reference Medical Lab, 1901 E. Linden Ave, Suite 4, Linden, NJ 07036-1195 |
| 517018450 | *+ | Accu Reference Medical Lab, 1901 E. Linden Ave, Suite 4, Linden, NJ 07036-1195 |
| 517018459 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 517018467 | *+ | COMENITY BANK / THE LIMITED, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 517018506 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, VISA DEPT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040 |
| 517018462 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: CORRESPONDENCE, PO BOX 15278, WILMINGTON, DE 19850 |
| 517018484 | *+ | SANTANDER BANK NA, 865 BROOK ST, ROCKY HILL, CT 06067-3444 |
| 517018491 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 517018493 | *+ | STATE OF NJ STUDENT AS, PO BOX 543, TRENTON, NJ 08625-0543 |
| 517018494 | *+ | STATE OF NJ STUDENT AS, PO BOX 543, TRENTON, NJ 08625-0543 |
| 517018497 | *+ | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 517018499 | *+ | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 517018501 | *+ | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 517018509 | *+ | VOLKSWAGEN CREDIT, INC, 1401 FRANKLIN BLVD, LIBERTYVILLE, IL 60048-4460 |
| 517139373 | *+ | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2022          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Nov 14, 2022 | Form ID: 3180W | Total Noticed: 67 |

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B ajennings@raslg.com |
| Chandra M. Arkema | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B carkema@squirelaw.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Jenelle C Arnold | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkecfinbox@aldridgepite.com  jarnold@ecf.courtdrive.com |
| Kathleen M Magoon | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B logsecf@logs.com, kathleenmagoon@gmail.com |
| Kevin M. Buttery | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B kbuttery@moodklaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Joint Debtor Clara C Assuncao ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Debtor Carlos J. Assuncao ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Shauna M Deluca | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for the Holders of the Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2006-B smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13